**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Omar L. Thompson, Whinta Nickens, and Kevin Childs,
Defendants,

Of whom Whinta Nickens is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-001213

———

Appeal From Orangeburg County
Anne Gue Jones, Family Court Judge

———

Unpublished Opinion No. 2024-UP-045
Submitted January 16, 2024 – Filed February 1, 2024

———

**AFFIRMED**

———

Nancy Carol Fennell, of Irmo, for Appellant.

Patrick A. McWilliams, of South Carolina Department of
Social Services, of Orangeburg, for Respondent.

Jerrod Austin Anderson, of Anderson Law Office, P.A., of Orangeburg, for the Guardian ad Litem.

_____

**PER CURIAM:** Whinta Nickens appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.